**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

LOGAN ALTERS, MARTA REYES,
LAWRENCE WOOD, STEPHEN CLYNE
and THE PITCHING LAB d/b/a
TBT TRAINING
on behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
NATIONAL HEALTH COMMISSION
OF THE PEOPLE'S
REPUBLIC OF CHINA;
MINISTRY OF EMERGENCY MANAGEMENT
OF THE PEOPLE'S REPUBLIC OF CHINA;
MINISTRY OF CIVIL AFFAIRS OF THE
PEOPLE'S REPUBLIC OF CHINA;
THE PEOPLE'S GOVERNMENT OF HUBEI
PROVINCE; and THE PEOPLE'S GOVERNMENT
OF CITY OF WUHAN, CHINA.

Defendant.

_____/

CASE NO. 1:20-CV-21108-UU
CLASS ACTION
JURY TRIAL DEMANDED

**NOTICE OF ATTORNEY CHANGE OF ADDRESS**

Pursuant to EC/CMF Local Rule of Administrative Procedure 3D, undersigned Counsel of Record for all Named Plaintiffs hereby advises the Court of the following address and contact changes:

        Matthew T. Moore
        The Law Offices of Berman & Berman, P.A.
        P.O. Box 272789
        Boca Raton, FL 33427.
        Tel: (561) 826-5200
        Fax: (561) 826-5201
        Primary email:  mmoore@thebermanlawgroup.com

Secondary email: service@thebermanlawgroup.com

Undersigned respectfully request the Clerk to update this matter and the docket with above information.

Dated this 13th day of March, 2020.

                          **THE LAW OFFICES OF**
                          **BERMAN & BERMAN, P.A.**
                          P.O. Box 272789
                          Boca Raton, FL 33427
                          Telephone: (561) 826-5200
                          Fax: (561) 826-5201

                          By:  */s Matthew T. Moore*
                          Matthew T. Moore, Esq.
                          Fla. Bar No. 70034
                          Primary: mmoore@thebermanlawgroup.com
                          Secondary: service@thebermanlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com