UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

LOGAN ALTERS, MARTA REYES,
LAWRENCE WOOD, STEPHEN CLYNE
and THE PITCHING LAB d/b/a
TBT TRAINING
on behalf of themselves, and all those
similarly situated,

Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
NATIONAL HEALTH COMMISSION
OF THE PEOPLE'S
REPUBLIC OF CHINA;
MINISTRY OF EMERGENCY MANAGEMENT
OF THE PEOPLE'S REPUBLIC OF CHINA;
MINISTRY OF CIVIL AFFAIRS OF THE
PEOPLE'S REPUBLIC OF CHINA;
THE PEOPLE'S GOVERNMENT OF HUBEI
PROVINCE; and THE PEOPLE'S GOVERNMENT
OF CITY OF WUHAN, CHINA.

Defendant.

_____/

CASE NO. 1:20-CV-21108-UU
CLASS ACTION
JURY TRIAL DEMANDED

## MOTION TO DROP PARTY PURSUANT TO RULE 21

Plaintiffs, by and through undersigned counsel, hereby respectfully give notice to this Court that Named Plaintiff LOGAN ALTERS has decided not to pursue this lawsuit, so that he may focus on his college studies. Therefore, pursuant to Fed.R.Civ.P. 21, Plaintiffs respectfully move this Court for entry of an Order, dropping Logan Alters has a party/plaintiff here, and directing the Clerk to terminate Logan Alters as party/plaintiff.

As this matter is in its nascent stages and Defendants are not yet served, Plaintiffs posit that no prejudice will result from the grant of the relief requested herein.

A proposed Order is attached.

WHEREFORE Plaintiffs, through undersigned counsel, respectfully request that the Court enter an Order dropping Plaintiff Logan Alters from this matter and directing the Clerk to terminate him as a party/plaintiff, and for such other relief as this Court deems just and proper.

Respectfully submitted this 13th day of March, 2020.

        **THE LAW OFFICES OF**
        **BERMAN & BERMAN, P.A.**
        P.O. Box 272789
        Boca Raton, FL 33427
        Telephone: (561) 826-5200
        Fax: (561) 826-5201

        By:  */s Matthew T. Moore*
        Matthew T. Moore, Esq.
        Fla. Bar No. 70034
        Primary: mmoore@thebermanlawgroup.com
        Secondary: service@thebermanlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed this March 13, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanLofvlawgroup.com