UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21108-UU

LOGAN ALTERS, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court upon Plaintiffs' Motion to Drop Party Pursuant to Rule 21.  D.E. 6.

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

On March 13, 2020, Plaintiffs filed the Complaint against Defendants.  D.E. 1.  On that same date, Plaintiffs moved for leave to drop Logan Alters as a party plaintiff, as he decided not to pursue this lawsuit.  D.E. 6.  Defendants have not yet been served, the Court has not yet set a deadline to amend the pleadings or drop parties, and the case will not be substantially delayed by this amendment.  Thus, the Court grants Plaintiffs' motion.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiffs' Motion to Drop Party Pursuant to Rule 21, D.E. 6, is GRANTED.  The Clerk of Court shall terminate Logan Alters as a party plaintiff in this lawsuit.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf