UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, LAWRENCE WOOD,
STEPHEN CLYNE,
and THE PITCHING LAB d/b/a
TBT TRAINING
on behalf of themselves, and all those
similarly situated,

      Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
NATIONAL HEALTH COMMISSION
OF THE PEOPLE'S
REPUBLIC OF CHINA;
MINISTRY OF EMERGENCY MANAGEMENT
OF THE PEOPLE'S REPUBLIC OF CHINA;
MINISTRY OF CIVIL AFFAIRS OF THE
PEOPLE'S REPUBLIC OF CHINA;
THE PEOPLE'S GOVERNMENT OF HUBEI
PROVINCE; and THE PEOPLE'S GOVERNMENT
OF CITY OF WUHAN, CHINA.

      Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiffs' Motion for an Extension of Time to Comply with the Court's Order Setting Initial Planning and Scheduling Conference. D.E. 9. The Court having considered the motion and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion for an Extension of Time is granted. Plaintiffs shall have until sixty (60) days after initiating service on Defendants or until August 31, 2020, whichever is sooner, within which to file their Joint Scheduling Report and otherwise comply with the Order Setting Initial Planning and Scheduling Conference. It is further

ORDERED AND ADJUDGED that the Plaintiffs SHALL file a status report with the Court every fifteen (15) days to keep the Court informed of its service efforts. It is further

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, September 4, 2020 at 9:30 AM**.

DONE AND ORDERED in Chambers, Miami, Florida, this _23d_ day of April, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record