## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; STEPHEN CLYNE and THE PITCHING LAB d/b/a TBT TRAINING; TODD KUNTZE; SAUNDRA ANDRINGA-MEUER; JESSICA MERRITT; JOHN VECCHIARELLO; LINDA IGLESIAS; CONSTANCE GREENE; BRYAN EADS; JENNIFER MITCHELL, as Personal Representative of the Estate of James Mitchell; LORRAINE CAGGIANO MAIORINO; RAY BODINE; GEORGE ROGOZINSKI; KIMBERLY ELLER; SHERRY WERNER; WILLIAM DAMELIO; JUDY HART; SB HOLDINGS I, LLC; ROBERT JARVIS; SEAGRASS RESORT, LLC; BILL MCCUTCHEON; DR. ANDREW NEWMAN; MR. M'S SANDWICH SHOP, INC.; JUPITER DONUTS; GALLERY ART GROUP, INC.; SOUTH FLORIDA SURFING CORP. d/b/a ISLAND WATER SPORTS MIAMI; SAMSON TOURS INC.; EAST AIR CORPORATION; ROBERT SHAFFER; and KARL UMBACH; on behalf of themselves, and all those similarly situated, | CASE NO. 1:20-cv-21108-UU<br>HON. URSULA UNGARO<br>Miami Division<br>CLASS ACTION |

        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA;
NATIONAL HEALTH COMMISSION
OF THE PEOPLE'S
REPUBLIC OF CHINA;
WUHAN HEALTH COMMISSION;
HUBEI HEALTH COMMISSION;
THE PEOPLE'S GOVERNMENT OF HUBEI
PROVINCE; THE PEOPLE'S GOVERNMENT
OF CITY OF WUHAN, CHINA; and WUHAN
INSTITUTE OF VIROLOGY, CHINESE
ACADEMY OF SCIENCES,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU

## NOTICE OF ENTRY OF PARTIES

Plaintiffs and undersigned identify the following additional Plaintiffs, which have been added to the docket:

TODD KUNTZE;

SAUNDRA ANDRINGA-MEUER;

JESSICA MERRITT;

JOHN VECCHIARELLO;

LINDA IGLESIAS;

CONSTANCE GREENE;

BRYAN EADS;

JENNIFER MITCHELL, Individually and as Personal Representative of the Estate of James Mitchell;

LORRAINE CAGGIANO MAIORINO;

RAY BODINE;

GEORGE ROGOZINSKI;

KIMBERLY ELLER;

SHERRY WERNER;

WILLIAM DAMELIO;

JUDY HART;

SB HOLDINGS I, LLC;

ROBERT JARVIS;

SEAGRASS RESORT, LLC;

BILL MCCUTCHEON;

CASE NO. 1:20-cv-21108-UU

DR. ANDREW NEWMAN;

MR. M'S SANDWICH SHOP, INC.;

JUPITER DONUTS;

GALLERY ART GROUP, INC.;

SOUTH FLORIDA SURFING CORP. d/b/a ISLAND WATER SPORTS MIAMI;

SAMSON TOURS INC.;

EAST AIR CORPORATION;

ROBERT SHAFFER;

and KARL UMBACH;

on behalf of themselves, and all those similarly situated.

Dated this 5th day of May, 2020.

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By:  */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com