UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTA REYES, *et al.*, on behalf of themselves, and all those similarly situated,

Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA; *et al.*,

Defendants.

_____/

HON. URSULA UNGARO
Miami Division
CLASS ACTION
CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

## ORDER ON PLAINTIFFS' MOTION TO DROP PARTIES PURSUANT TO RULE 21

THIS CAUSE is before the Court upon Plaintiffs' Motion to Drop Parties Pursuant to Rule 21, without prejudice. [DE 15].

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised in the premises.

On May 4, 2020, Plaintiffs filed their First Amended Complaint against Defendants. [DE 11]. On May 5, 2020, Plaintiffs moved for leave to drop Ministry of Emergency Management of the People's Republic of China and Ministry of Civil Affairs of the People's Republic of China as parties/defendants, as they are not pursuing claims against them in the First Amended Complaint. [DE 15]. Defendants have not yet been served, the Court has not yet set a deadline to amend the pleadings or drop parties, and the case will not be substantially delayed by this amendment. Thus, the Court grants Plaintiffs' motion.

Accordingly, it is hereby ORDERED AND ADJUDGED that Plaintiffs' Motion to Drop Parties Pursuant to Rule 21 without prejudice, D.E. 15, is GRANTED. The Clerk of

CASE NO. 1:20-cv-21108-UU

Court shall terminate Ministry of Emergency Management of the People's Republic of China, and Ministry of Civil Affairs of the People's Republic of China as parties/defendants in this lawsuit

**DONE AND ORDERED** in Miami, Florida, this 7th day of May, 2020.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record