UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTA REYES; LAWRENCE WOOD;
STEPHEN CLYNE and THE PITCHING LAB
d/b/a TBT TRAINING; TODD KUNTZE;
SAUNDRA ANDRINGA-MEUER;
JESSICA MERRITT; JOHN VECCHIARELLO;
LINDA IGLESIAS; CONSTANCE GREENE;
BRYAN EADS; JENNIFER MITCHELL, as
Personal Representative of the Estate of James
Mitchell; LORRAINE CAGGIANO MAIORINO;
RAY BODINE; GEORGE ROGOZINSKI;
KIMBERLY ELLER; SHERRY WERNER;
WILLIAM DAMELIO; JUDY HART;
SB HOLDINGS I, LLC; ROBERT JARVIS;
SEAGRASS RESORT, LLC;
BILL MCCUTCHEON; DR. ANDREW
NEWMAN; MR. M'S SANDWICH SHOP, INC.;
JUPITER DONUTS; GALLERY ART GROUP, INC.;
SOUTH FLORIDA SURFING CORP. d/b/a
ISLAND WATER SPORTS MIAMI;
SAMSON TOURS INC.; EAST AIR
CORPORATION; ROBERT SHAFFER; and
KARL UMBACH; on behalf of themselves,
and all those similarly situated,

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO
Miami Division
CLASS ACTION

   Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA;
NATIONAL HEALTH COMMISSION
OF THE PEOPLE'S
REPUBLIC OF CHINA;
WUHAN HEALTH COMMISSION;
HUBEI HEALTH COMMISSION;
THE PEOPLE'S GOVERNMENT OF HUBEI
PROVINCE; THE PEOPLE'S GOVERNMENT
OF CITY OF WUHAN, CHINA; and WUHAN
INSTITUTE OF VIROLOGY, CHINESE
ACADEMY OF SCIENCES,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Plaintiffs filed their fifty-six page First Amended Complaint this past Monday, May 4, 2020, which identified new Named Plaintiffs (and Classes) and Defendants, added pertinent facts as to jurisdictional issues and the claims, and both added and dropped causes of action. Undersigned have selected a service vendor experienced in serving China, and are readying a copy of the First Amended Complaint translated into Official Chinese. As soon as the translation is finished, service of process will begin using the Hague Convention treaty protocols, which China is a signatory to, and which is the process to be followed here.

As the next fifteen day period ends on the Saturday of Memorial Day weekend, Plaintiffs will file their next Status Report on Tuesday, May 26, 2020.

Respectfully submitted this 8th day of May, 2020.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this May 8, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com

CASE NO. 1:20-cv-21108-UU

Secondary: service@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: service@thebermanlawgroup.com
Secondary: mmoore@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com