**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; *et al.*, on behalf of themselves and all those similarly situated, | CASE NO. 1:20-cv-21108-UU HON. URSULA UNGARO |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PEOPLE'S REPUBLIC OF CHINA; COMMUNIST PARTY OF CHINA; *et al.*, | |
| Defendants. _____/ | |

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Plaintiffs continue to work with their international service vendor to effect service on Defendants. Research of the proper official addresses of each of the eight Defendants has been completed, and summonses have been submitted to the Clerk of Court. [DEs 22 – 29]. The vendor is processing the Hague Convention-required U.S. Marshall Service Form 94's (USM-94) for each Defendant which also requires the official Chinese translation of the information on the USM-94. The translation of the First Amended Complaint should be completed within the week.

Plaintiffs next status report will be filed on June 10, 2020.

Respectfully submitted this 26th day of May, 2020.

CASE NO. 1:20-cv-21108-UU

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed this May 26, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034