Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

May 21st, 2020

# Amicus 3 – Article by Judge Napolitano

# Censorship is the Enemy and we are paying for that Censorship with our Lives and our Species.

If the United States fails then the World fails. Our responsibility is to the World and our Species.

You hate me and have proactively silenced me for trying to save your life. Seriously, am I that much of a threat? The answer is "no". You allowed them to classify me as a terrorist for speaking up. Our government and country were founded by terrorists.

Changing the Narrative might just save us or at least give us a chance. Simply changing the Narrative wins the war.

Remember no government has ever survived and neither will ours. The Declaration of Independence clearly talks about it and predicts it. The Constitution is not practical and nor should it be but if we honor and uphold it, we stand a chance of surviving.

Please have an open mind.

FACT: 20 years ago, chemical warfare contaminants were released from the World Trade Centers/Hardened DOD/CIA Bioterrorism Facilities on 911. The U.S. Government certified that 60 cancers escaped. Infinitely more chemical warfare contaminants were negligently released during Hurricane Katrina and the BP Oil Spill. We developed the perfect military weapon and then used it on ourselves.

Look around and tell me we are not voluntarily committing suicide.

THE KATRINA VIRUS – organic, easy to disperse and dissipates in five days with the enemy committing suicide. We are the enemy and we are committing suicide.

I am not a fan of FOX News but I think Judge Napolitano has some good ideas but not all.

Judge Andrew Napolitano: What if the government has it wrong? By Judge Andrew P. Napolitano
https://www.foxnews.com/opinion/judge-andrew-napolitano-government
*What if the government has it wrong -- on the medicine and the law?*

*What if face masks can't stop the COVID-19 virus? What if quarantining the healthy makes no medical sense? What if staying at home for months reduces immunity?*

*What if more people have been infected with the virus in their homes than outside them?*

*What if there are as many credible scientists and physicians who disagree with the government as those who agree with it? What if the government chooses to listen only to scientists and physicians who would tell it what it wanted to hear? What if the government silences scientists and physicians, and even fires one, who attempt to tell it what it didn't want to hear?*

*What if the government wants to stoke fear in the populace because mass fear produces mass compliance? What if individual fear reduces individual immunity?*

*What if a healthy immunity gets stronger when challenged? What if a pampered immunity gets weaker when challenged? What if we all pass germs and viruses -- that we don't even know we have -- on to others all the time, but their immune systems repel what we pass on to them?*

*What if the COVID-19 virus has run its course and run into natural immunities? What if many folks have had symptom-free episodes with many viruses and are now immune from them? What if the government refuses to understand this because it undermines the government's power to control us?*

*What if government orders to nursing homes and assisted living facilities to accept the sick and contagious are insane? What if the same government that micromanages nursing homes and assisted living facilities knows that they are not hospitals and are not equipped to cure the sick or contain contagion?*

*What if the government makes health care decisions not on the basis of medicine or human nature but statistics? What if reliance on the government's statistics has made many folks sick?*

*What if we'd all be healthier and happier if we make our own choices with our own physicians rather than the government making choices for us? What if it is un-American for the government to tell you how to care for yourself? What if it is equally un-American for you to follow the government when it intrudes into your personal choices?*

*What if the Supreme Court has ruled many times that your health care decisions are private, personal and to be made between you and your physician? What if the Supreme Court has also ruled many times that your private health care decisions are none of the government's business?*

*What if we never elected a government to keep us free from all viruses, but we did elect it to keep us free from all tyrants? What if the government -- which can't deliver the mail, fill potholes, stop robocalls, or spend within its income -- is the last entity on earth into whose hands we would voluntarily repose our health for safekeeping? What if the government won't admit that its understanding of science is colored by politics?*

*What if the government has misunderstood its mandate? What if the government thinks it can do its job by keeping us safe but unfree? What if -- according to the Constitution and the Declaration of Independence -- government's first duty is to safeguard our rights? What if there is no legal basis for the government to keep us at home or to close our businesses?*

*What if the government gave itself the power to interfere with our personal choices? What if that self-imposed power violates the basic constitutional principle that the government derives its powers from the consent of the governed? What if no one consented to a government that interferes with our personal choices? What if our personal choices to take personal chances have never needed a government permission slip?*

*What if the Constitution was written to restrain the government? What if all in government -- local, state and federal -- have taken an oath to uphold and comply with the Constitution?*

*What if the government decrees that liquor sales are essential but clothing sales are not? What if the government decrees that abortions are essential but orthopedic surgery is not? What if the government decrees that music stores are essential but the free exercise of religion is not?*
*What if these decisions about what is essential and inessential are for individuals -- and not for the government -- to make?*

United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani
Eastern District of Michigan - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana
Hon N. V. Jolivette Brown - 500 Poydras Street - Courtroom C227 - New Orleans, LA

State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri
Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada
Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade
Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California
Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California
Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody
Federal Court - 601 Market Street - Philadelphia, PA 19106

United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson
Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga
Albert V. Bryan U.S. Courthouse - 401 Courthouse Square - Alexandria, VA 22314

United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady
Albert V. Bryan U.S. Courthouse - 401 Courthouse Square - Alexandria, VA 22314

United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse - 401 Courthouse Square - Alexandria, VA 22314

United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall
Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Albert V. Bryan U.S. Courthouse - 401 Courthouse Square - Alexandria, VA 22314

In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit - U. S. Appeals Court D.C.
333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 21st, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
21 MAY 2020 PM 2 L

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

33128-181249