Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

FILED BY _____ PG _____ D.C.

JUN 0 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Communist Party of China - c/o Xi Jinpnig, General Secretary of the Communist Party of China
174 Chang'an Avenue - Xicheng District - 1000017 Beijing - P.R. China

**Movant: David Andrew Christenson** (If I was wrong, they would not have declared me to be a terrorist
in 2010. They also would not have appointed ex Iowa U.S. Attorney and future Attorney General
Matthew Whitaker to be my defense attorney when I was falsely arrested in Louisiana (Louisiana
Warrant not Federal) for cyberstalking FBI Special Agent Steven Reyes. I was never charged with a crime
but Whitaker had already destroyed my life by the time I was able to remove him.)

May 26th, 2020

# Emergency Amicus (Motion to Dismiss)

## WE, THE UNITED STATES OF AMERICA, ARE RESPONSIBLE FOR THE PANDEMIC

Very simplistic terms: SARS/COVID19 was the trigger that activated the Katrina Virus that is dormant in
all of us. 70% of Americans that died and will die, lived or live within 100 miles of 911/World Trade
Centers/New York – Hurricane Katrina/BP Oil Spill/New Orleans – Chemical Warfare Munitions/Detroit.
The U.S. Government certified that 60 plus cancers came out of the hardened CIA/DOD Facilities in the
World Trade Centers on 911. There were an infinite number of Chemical Warfare Contaminates (**THE
KATRINA VIRUS**) that came out of Hurricane Katrina and the BP Oil Spill in New Orleans.

## Negligently we, the United States of America, contaminated the World with the Perfect Military Weapon (Trojan Horse) that could activate during War with a simple trigger.

Mankind is fragile and easily manipulated for money, fame, power and sex which are also our Gods.
Religions, Governments, the Media, the Medical Community and the Mental Health Community cannot
be trusted.

Time is of the essence if we are to have a fair and impartial Presidential Election in less than six months.
The Presidential Election is November 3rd, 2020 and if we don't change the Narrative, we all die in the
next 3 to 20 years. Mathematically, current progressions, we all die. The Universe will record that
Mankind committed suicide. This is not a prophecy or prediction and it certainly is not biblical but just
pure math.

The World has to work together if we are to stop the Katrina Virus.

Americans have a Constitutional Right to the truth and right now truth is as evasive as Bigfoot.

*"The Katrina Virus, Time, Math, COVID19, other Governments, China, Trump, Biden, Roberts, Pelosi, McCarthy, Schumer, McConnell, the other Demigods, the money hungry and suicidal press, etc. will ensure that the truth comes out."* **And now the Catholic Church.**

➢ Have all parties respond and certify that the United States **is not** responsible.

Blaming China will waste valuable time and resources.

The Class Action Complaints are frivolous and political.

Attached is 2 of the 140 pages of my book: The Supreme Court Murdered Mankind - Writ 14-10077 - The Katrina Virus - By David Andrew Christenson - November 8th, 2015

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

18. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# The Supreme Court Murdered Mankind
# Writ 14-10077
# The Katrina Virus
# By David Andrew Christenson

### November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

PENSACOLA FL 325

26 MAY 2020 PM 1 L

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

33128-181249