## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

      Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

CLASS ACTION

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Since the last status report of May 26, 2020, the translation of the First Amended Complaint into Official Chinese has been completed. The Hague Convention-required U.S. Marshall Service Form 94's (USM-94) for each Defendant have also been completed. In consultation with Plaintiffs' vendor for Foreign Service Immunity Act compliant service, Plaintiffs have determined that a different summons form must be used for all Defendants other than the Communist Party of China, and are preparing those for submission on June 11, 2020, and the service packages will be sent to China once those are issued.

Furthermore, concurrent with this filing, Plaintiffs will be filing a motion regarding the irrelevant filings of David Christenson.

CASE NO. 1:20-cv-21108-UU

Plaintiffs next status report will be filed on June 25, 2020.

Respectfully submitted this 10th day of June, 2020.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF
BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
           Fax: (561) 826-5201

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this June 10, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034