# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARTA REYES, et al.

*Plaintiff(s)*

v.

PEOPLE'S REPUBLIC OF CHINA, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-21108-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hubei Health Commission
Attn.: Wang Hesheng
39 Zhuodaoquan Bei Road, Hongshan District, Wuhan, Hubei, China 430079

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Angela E. Noble**

CLERK OF COURT

Date: JUN 1 1 2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTA REYES, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> PEOPLE'S REPUBLIC OF CHINA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-21108-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Health Commission of the People's Republic of China
Attn.: Ma Xiaowei
No 1 Xizhimen Outer South Road, Xicheng District, Beijing, China 100044

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MATTHEW T. MOORE, ESQ.
> THE LAW OFFICES OF BERMAN & BERMAN, P.A.
> D/B/A BERMAN LAW GROUP
> POST OFFICE BOX 272789
> BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 1 2020

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTA REYES, et al. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-21108-UU |
| PEOPLE'S REPUBLIC OF CHINA, et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The People's Governemnt of City of Wuhan, China
Attn.: Zhou Xianwang
188 Yanjiang Ave, Jiang'an District, Wuhan, Hubei, China, 430012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
CLERK OF COURT

Date: JUN 1 1 2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARTA REYES, et al.

*Plaintiff(s)*

v.

PEOPLE'S REPUBLIC OF CHINA, et al.

*Defendant(s)*

Civil Action No. 1:20-cv-21108-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The People's Government of Hubei Province
Attn.: Wang Xiaodong
7 Hongshan Road, Wuchang District, Wuhan, Hubei, China, 430071

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
CLERK OF COURT

Date: JUN 1 1 2020

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MARTA REYES, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20-cv-21108-UU |
| PEOPLE'S REPUBLIC OF CHINA, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* People's Republic of China
The State Council of the People's Republic of China
Attn.: Li Keqiang
2 Fuyou Street, Xicheng District, Beijing, China 100017

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 1 2020

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTA REYES, et al. | ) )  ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )   Civil Action No. 1:20-cv-21108-UU |
| PEOPLE'S REPUBLIC OF CHINA, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wuhan Health Commission
Attn.: Zhang Hongxing
20 Jianghan Bei Road, Jiang'an District, Wuhan, Hubei, China, 430014

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 1 2020

Angela E. Noble
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARTA REYES, et al.<br><br>*Plaintiff(s)*<br>v.<br>PEOPLE'S REPUBLIC OF CHINA, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-21108-UU<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wuhan Institute of Virology, Chinese Academy of Sciences
Attn.: Yanyi Wang
Xiao Hong Shan No.44, Wuhan, Hubei, China, 430071

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW T. MOORE, ESQ.
THE LAW OFFICES OF BERMAN & BERMAN, P.A.
D/B/A BERMAN LAW GROUP
POST OFFICE BOX 272789
BOCA RATON, FL 33427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 1 1 2020

Angela E. Noble
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*