Judge Ungaro,

June 20th, 2020

To: Judge Jackson, Judge Sullivan and Judge Ungaro

Each of you docketed my pleadings. Is there any chance that God was involved?

God works in mysterious ways and has a timetable.

An example involves Black Lives Matter (BLM). Jesse Jackson and Al Sharpton have been around for 50 plus years and we have had no meaningful changes. They attend every funeral that is covered on national TV. I voted for Obama the first time and I have no idea what he did for race relations. Am I wrong? After 50 years and a black President don't you think BLM needs new leaders? Maybe a change in the Narrative?

We are coming to a point in time that is truly the "Perfect Storm". Now is the time to effect real change.

You are either all in or all out. On God's side or the Devil's side. Evil wins when people do nothing.

The train is leaving the station and I think God wants you on board and I sure as hell do.

You will all need to be leaders when the Narrative changes and it is changing. Don't back away from being part of the Solution.

The docketed pleading was 49 pages but I only sent 4 pages. The attachments were the 17 docket entries for the Flynn case.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
20 JUN 2020 PM 2 L



Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

33128-161249