Judge Ursula Ungaro,

20-cv-21108-UU

FILED BY _____ D.C.
JUN 24 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

June 20th, 2020 – **I BELIEVE IN MIRACLES** – Review the attached Motion that was docketed by Judge Ungaro and the 11th Circuit.

Sent to: Judge E. Sullivan, Judge A. Jackson, Judge Marianne O. Battani, Judge Anthony John Trenga, Judge Liam O'Grady, Judge Claude M. Hilton, Judge Trevor N. McFadden, Judge Rudolph Contreras, Judge John Gleeson and Beth Wilkinson.

You are the judges in Rene Boucher/Senator Rand Paul, Stone, Flynn, Manning, Snowden, Winner, Assange, the U.S. House and the two that I love the most – Trump and the Media.

"The horse, as we used to say in Texas, seems to be out of the barn," Judge Royce C. Lamberth in the Trump v. Bolton case.

The Narrative is being changed and I don't know why. I am not arrogant enough to think I had anything to do with it, but nonetheless the Narrative is changing.

Time is of the essence if we are going to have an impact on the Presidential Election.

You all have the ability to ensure that we have a fair and impartial Presidential Election.

The American People have a Constitutional Right to know the truth.

**You know the Democracy has failed when people talk about voting for the least of two evils.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 18th, 2020

FILED BY ___PG___ D.C.

JUN 19 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion for an Indefinite Extension and Reconsideration

Judge Ungaro,

**I guarantee that you will dismiss this case. I also guarantee that the information that I have given you will used by you to formulate that dismissal. This case is unwinnable and very soon the Plaintiff's Attorneys will discover that. It would be prudent for them to dismiss but they won't.**

Please don't waste your time and resources on this case. It would be prudent to contact the judges that I have listed and ask them about me.

## YOU ARE BEING MANIPULATED.

These class action complaints will be used to tamper with the 2020 Presidential Election. See below.

Review Eleventh Amicus - ANTIFA Case 1:20-cv-21108-UU Document 37 Entered on FLSD Docket 06/09/2020 Page 1 of 7 before going further. What made this pleading so important to other judges and courts? **The attachments are about my being President and my resume.**

I am not patronizing you but you are a hero. You have no concept of the good that you have done. You have changed the Narrative. You may have given Mankind a chance at surviving. It is because of you that Chief Justice William H. Pryor Jr., (2X) Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Terry Alvin Doughty, Judge Ed Kinkeade and Judge Roy K. Altman have docketed duplicate pleadings that were written for you, your court, this case and most importantly the American People.

Think about how amazing this is. Chief Justice Pryor docketed Amicus Briefs 8, 9, 10, 11 and 14 in the Reality Winner appeal (What truly makes this amazing is that the 11th Circuit has returned ever single piece of mail that I sent over the last 15 years, until this.). Senior Judge Hilton docketed Amicus Briefs 10 and 11 in the Edward Snowden and Julian Assange criminal cases. Judge Liam O'Grady docketed Amicus Brief 10 in the Snowden civil case. Judges Doughty, Kinkeade and Altman docketed a great number of Amicus Briefs in class action complaints against the People' Republic of China.

What made those Amicus Briefs so important to those Judges? Snowden, Manning and Winner were all enlisted in the United States Military and became Federal Whistleblowers. Each of them was manipulated and so were the media organization that published their documents. Each of them is a hero. They are honoring the oath that they took to uphold and protect the Constitution.

**Would those Judges have docketed my pleadings in such high-profile (National Security) cases if they didn't have a scintilla of trust in me? Judges Hilton, O'Grady and Trenga (Manning – case closed) have all docketed my pleadings previous to them docketing these pleadings.**

You honored and upheld the Constitution by docketing the pleadings. Striking the pleadings from the record would be censorship and cause our fellow Americans irreparable harm. Leaving the pleadings in the docket does not harm anyone. It will never get to that point but a jury will never see those pleadings. The pleadings were for you, to give you information.

There are at least 14 Class Action Complaints against the People's Republic of China. I suffered the same damages as all plaintiffs and thus have a legal right to join. This case is no different. You and your family suffered and will continue to suffer until the truth comes out.

**I will cease to send pleadings without asking for permission.**

Plaintiff's attorney, Matthew Moore, actually argued my case for me in his Motion to Strike. He intentionally failed to disclose that I was fighting for my country and that my goal was to change the Narrative. Judge Sullivan in the Flynn case gave me 17 docket numbers. Six of the 17 were pleadings and the rest were letters sent to multiple judges. There was no intention on my part to have the letters docketed but for some reason Judge Sullivan thought it was important to docket them. He put the narrative in but not my name even though he gave a clue as how to figure out who I was. Please ask him if he wishes he had publicly docketed my documents. In the DNC v. Trump case **Judge Koeltl docketed 50 plus pleadings of mine.** I believe that the information that I gave to Judge Koeltl was used by him to dismiss the case. I believe the parties allowed the dismissal, with no appeal, because the judge docketed my pleadings.

**Ask Plaintiff's Attorney, under oath, if I am wrong. Ask him if he can prove today (June 18th, 2020) that without a doubt China is responsible for the Pandemic. Matthew Moore can't do that.**

> ➤ You won't understand this but trust me. All of the Class Action Complaints against China have several common threads. The first is a Republican Attorney, Larry Klayman (Google him), who is hell bent on getting Trump reelected. The second is Trump. These cases will be used to get Trump reelected. THIS CASE IS FAKE NEWS.

Mr. Moore opened the door by referencing these two cases in his argument and he did so in a negative way that impugned my character. I think it is prudent that you know what was in those 17 pleadings/letters because the case is high profile. The pleadings in the DNC v. Trump case can be found online and Pacer. Attached are the 17 pleadings and letters (without attachments) that I filed and that are listed in the docket for: United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Judge Sullivan knew that I was right but did not know how to proceed with my information, ask him.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
20 JUN 2020 PM 2 L

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

33128-161249