UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

      Plaintiffs,

CLASS ACTION

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Since the last status report of June 10, 2020, the proper FSIA summonses for each defendant have been obtained and the translation of the accompanying USM-94 forms into Official Chinese has been completed. Our Hague Convention service vendor is wiring the required fees to China's compliance office on Friday, June 26, 2020, which allows the service packages to follow via Federal Express once they have confirmation of the transfer of funds.

Plaintiffs next status report will be filed on July 10, 2020.

Respectfully submitted this 25th day of June, 2020.

                                      By: */s Matthew T. Moore*
                                      Matthew T. Moore, Esq.
                                      Fla. Bar No. 70034
                                      Primary: mmoore@thebermanlawgroup.com

CASE NO. 1:20-cv-21108-UU

Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
         Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this June 25, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034