# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

CLASS ACTION

## PLAINTIFFS' RESPONSE TO
## NON-PARTY DAVID ANDREW CHRISTENSON'S
## MOTION FOR AN "INDEFINITE" EXTENSION OF TIME

Plaintiffs hereby respond in opposition to Non-Party David Andrew Christenson's "Motion for an Indefinite Extension and Reconsideration," [DE 53], that Mr. Christenson filed in response to the Court's Order striking his previous filings, and to Show Cause why Mr. Christenson should be allowed to keep filing documents on the docket (the "Show Cause Order"). [DE 52].

### ARGUMENT IN OPPOSITION

The Clerk entered a response deadline of July 6, 2020 for Mr. Christenson's motion for extension of time, and although the Show Cause Order was not directed at Plaintiffs, Plaintiffs enter this response in an abundance of caution since Plaintiffs filed the original Motion to Strike. [DE 40].

Plaintiffs continue to oppose any filing of Mr. Christenson, as they are patently irrelevant, and he is not a party here.[1]  Plaintiffs also oppose any extension of time for him to properly respond to the Court and Show Cause Order.  This Court ordered Mr. Christenson to respond to the Show Cause Order by June 19, 2020, and instead he filed his motion for an indefinite extension of time and for reconsideration on that day.

Like his previous filings, he provided no basis in law (or credible fact) why he should be allowed to continue to clog this docket.  Indeed, he tells the Court "*You are being manipulated*;" "*The attachments are about my being President and my resume*;" and "*I will cease to send pleadings without asking for permission*."  [DE 53 (emphasis supplied)].   It continues with another 44 pages of irrelevant, rambling pleadings/documents from his attempts to clog other federal dockets.  Despite promising to ask permission before filing anything else, he subsequently sent in five more documents, the most recent being June 26th.  [DE's 54–56; 58].

In short, Mr. Christenson has made no credible attempt to appropriately respond to the Show Cause Order and, as far as undersigned is aware, our courts do not contemplate "indefinite extensions" of time to respond to an order.  Furthermore, he has demonstrated no respect for the Court's Orders or the proceedings, which appears, from the other case dockets cited by Plaintiffs in their motion to strike, his *modus operandi*.

Plaintiffs posit that Mr. Christenson's filings since the Show Cause Order demonstrate that he has abused the courtesy and leeway extended to him by the Court and Plaintiffs therefore oppose any extension of time for him to justify his conduct.

---

[1] Of course, if a class is certified and Mr. Christenson qualified and wished to be a member of a class related to this lawsuit, he would be welcome to do so.

Furthermore, Plaintiffs believe that he should be barred from additional filings, because, as the Supreme Court said long ago, every court has the inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

## CONCLUSION

Plaintiffs respectfully request that this Court deny Mr. Christenson's motion for an indefinite extension of time or reconsideration, and forbid Mr. Christenson from further filings since he has failed to properly respond to the Show Cause Order.

Respectfully Submitted:  July 1, 2020.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
         Fax: (561) 826-5201

CASE NO. 1:20-cv-21108-UU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this July 1, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter. I further certify that a true and correct copy of the foregoing is being sent by first class mail to:

David Andrew Christenson
Box 9063
Miramar Beach, FL 32550

By: /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034