**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; *et al.*, on behalf of themselves and all those similarly situated, | CASE NO. 1:20-cv-21108-UU<br>HON. URSULA UNGARO |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PEOPLE'S REPUBLIC OF CHINA; COMMUNIST PARTY OF CHINA; *et al.*, | |
| Defendants. | |
| _____/ | |

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Since the last status report of June 25, 2020, the service of process package has been sent via Federal Express to the official office in Beijing for receiving Hague Convention process. Although the package was tendered to Fedex two business days after our last status report, we were advised by our service vendor that the Beijing office has not been keeping regular hours due to the pandemic, and that delivery had to be coordinated to avoid the service package being lost or destroyed. A delivery window finally opened, and the package will be delivered on July 13, 2020.

Plaintiffs next status report will be filed on July 27, 2020, as the 25th falls on a Saturday.

Respectfully submitted this 10th day of July, 2020.

CASE NO. 1:20-cv-21108-UU

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed this July 10, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034