# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon David Andrew Christenson's Motion for an Indefinite Extension and Reconsideration (the "Motion"). D.E. 53. The Court has considered the Motion and the pertinent portions of the record and is otherwise fully advised on the premises.

By order dated June 17, 2020, the Court required Mr. Christenson, a non-party in this matter, to show good cause in writing by June 19, 2020 as to why he should not be barred from filing additional documents in this case. On that date, Mr. Christenson filed the Motion, but failed to identify any legal basis for an extension, let alone an indefinite extension, or for the Court to reconsider its June 17, 2020 order. Moreover, the contents of the Motion are entirely irrelevant and largely repetitive of his previously stricken filings. In short, Mr. Christenson made no credible attempt to respond to the Court's show-cause order.

Since Mr. Christenson filed the Motion, he has made eight additional filings (D.E. 54, 55, 56, 58, 60, 61, 62, 64). Pursuant to Rule 12(f), the Court may strike a submission that contains "any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). Mr. Christenson's recent filings meet this standard and must be stricken. The Court will afford Mr.

Christenson one final opportunity to show good cause as to why he should not be barred from filing additional documents in this case. Accordingly, it is

ORDERED AND ADJUDGED that the Motion (D.E. 53) is DENIED. It is further

ORDERED AND ADJUDGED that Mr. Christenson's filings after June 19, 2020 (D.E. 54, 55, 56, 58, 60, 61, 62, 64) are hereby STRICKEN. It is further

ORDERED AND ADJUDGED that Mr. Christenson SHALL show good cause in writing by **Friday, July 17, 2020** as to why he should not be barred from filing additional documents in this case. Should Mr. Christenson fail to abide by this Order, he **will** be subject to an anti-filing injunction without further notice.

DONE AND ORDERED in Chambers, Miami, Florida, this 14th__ day of July, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record