UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; *et al.*, on behalf of themselves and all those similarly situated, | CASE NO. 1:20-cv-21108-UU HON. URSULA UNGARO |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PEOPLE'S REPUBLIC OF CHINA; COMMUNIST PARTY OF CHINA; *et al.*, | |
| Defendants. | |
| _____/ | |

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Since the last status report of July 10, 2020, the service of process package has been confirmed as received at the Beijing Hague Convention compliance office on July 14th. As stated in the prior status report, our service vendor had to monitor the Beijing office's uneven opening hours to ensure the package would be received, as it could have been lost or destroyed if delivery were not precise. Our service vendor, who has been working with the Beijing office since the early aughts, also informed us that the compliance office was closed for much of the pandemic, and has a backlog of service requests and there is only one person who works in the office. Our package will be logged in the office and then we will be able to monitor its compliance progress. We anticipate that Plaintiffs will need to make a motion to the Court with affidavits from our

service vendor, to address the coming deadlines extended by the Court in April, and that such motion will be filed before our next status report is due on August 11, 2020.

Respectfully submitted this 26th day of July, 2020.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
          Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this July 26, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034