UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record. The Court has considered the pertinent portions of the record and is otherwise fully advised on the premises. For the same reasons articulated in the Court's orders dated June 17, 2020 and July 14, 2020 (D.E. 52, D.E. 66), it is hereby

ORDERED AND ADJUDGED that D.E. 65, D.E. 67, D.E. 68, D.E. 70, D.E. 71, D.E. 73, D.E. 74, D.E. 75, and D.E. 76 are STRICKEN.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of July, 2020.

*/s/ Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record