# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

CLASS ACTION

## STATUS REPORT PURSUANT TO COURT'S APRIL 23, 2020 ORDER

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days. [DE 10].

Since the last status report of July 27, 2020, there are no further updates on the status of the service package that has been delivered to Beijing. Undersigned requested that our service vendor prepare an affidavit to supplement a motion for an extension of time to serve Defendants that we will file with the Court. However, the affidavit was just received today, and Plaintiff's motion will be filed this week.

Respectfully submitted this 11th day of August, 2020.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.

CASE NO. 1:20-cv-21108-UU

Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed this August 11, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034