UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al*.,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Renewed Motion for Extension of Time to Comply With Order Requiring Filing of Joint Planning and Scheduling Report (the "Motion"). D.E. 89. The Court having considered the Motion and the pertinent portions of the record and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 89) is GRANTED IN PART. Plaintiffs SHALL file a Joint Planning and Scheduling Report **no later than Friday, October 2, 2020**. It is further

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference is hereby reset to **Friday, October 16, 2020**. It is further

ORDERED AND ADJUDGED that Plaintiffs SHALL continue to file a status report with the Court every fifteen (15) days to keep the Court informed of its service efforts.

DONE AND ORDERED in Chambers, Miami, Florida, this 18th__ day of August, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record