UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

CLASS ACTION

## STATUS REPORT PURSUANT TO COURT'S ORDERS

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days, [DE 10], and which was re-affirmed by the Court in its August 19, 2020 Order. [DE 92].

Since the last status report of August 11, 2020, there are no further updates on the status of the service package that has been delivered to Beijing.  Undersigned continues to regularly inquire with our service vendor, Judicial Process and Support, as to any developments.

Respectfully submitted this 26th day of August, 2020.

        By: */s Matthew T. Moore*
        Matthew T. Moore, Esq.
        Fla. Bar No. 70034
        Primary: mmoore@thebermanlawgroup.com
        Secondary: service@thebermanlawgroup.com

        Vincent J. Duffy, Esq.

Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this August 26, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034