Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
August 31st, 2020

FILED BY _____ D.C.
SEP - 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion for Leave to File Amicus 61 – This is who I fight for (Picture attached): Jamaican immigrants and their new baby son

He works as a cook. **She is an Angel** that has taken care of my wife's parents. She took care of my wife's father who had Alzheimer's and my wife's mother who has diminished mental and physical capabilities.

Attorney William O. Templet died last year. He was a small-town attorney that never charged more than $60.00 per hour. He was a prideful man but at the end of his life he couldn't control his bodily functions. He deserved to be taken care by an Angel.

I consider it an honor to fight for them and their futures.

For her baby shower she wanted diapers. I couldn't buy her diapers so I got her a gift card. The first gift I got for them was one of three so I returned it per her request. They don't have money and have been working limited schedules because of the Pandemic. I don't know how they pay their rent. I know they send money back to Jamaica, where things are worse because of the pandemic.

I hope there is a heaven.

The picture was taken today – Monday August 31st, 2020. As I look at God's miracle, I start to wonder about how he will die. His life has just started.

*Preamble: "and secure the Blessings of Liberty to ourselves and our Posterity"*

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on August 31st, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
31 AUG 2020 PM 1 L

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

33128-181249