UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

    _____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Since the inception of this case, David Andrew Christenson has filed multiple so-called "amicus briefs," which have no relevancy whatsoever to the instant action. The Court has issued several orders striking Mr. Christenson's filings and has expressly warned Mr. Christenson that he may be subject to an anti-filing injunction. *See* D.E. 52; D.E. 66; D.E. 77; D.E. 96. But Mr. Christenson continues to clog the docket with irrelevant, redundant, and immaterial filings. The Court has tolerated Mr. Christenson's actions long enough. The docket is the record of official proceedings in this case and must be maintained in an orderly fashion for the benefit of the parties and the public. Accordingly, it is hereby

ORDERED AND ADJUDGED that D.E. 97, D.E. 98, D.E. 99, D.E. 100, D.E. 101, D.E. 102, D.E. 103, D.E. 104, D.E. 105, D.E. 106, D.E. 107, D.E. 108, D.E. 109, D.E. 110, D.E. 111,

D.E. 112, D.E. 113, D.E. 114, D.E. 115, D.E. 116, D.E. 117, D.E. 118, D.E. 119, and D.E. 120 are STRICKEN.  It is further

ORDERED AND ADJUDGED that the Clerk is directed not to docket any further submissions by Mr. Christenson in this case without prior Court approval.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of September, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record