Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
September 26th, 2020

FILED BY____AP____D.C.
Oct 1, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Notice of Appeal

Notice of Appeal for Order dated September 9th, 2020 which is attached.

Also Notice of Appeal for Orders dated June 17th, July 14th, July 30th, August 10th and August 28th 2020.

The difference in the Orders is that the one dated August 28th, 2020 had an injunction included.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

REC'D BY____AP____D.C.
Oct 6, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CERTIFICATE OF SERVICE

I hereby certify that on September 26th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Since the inception of this case, David Andrew Christenson has filed multiple so-called "amicus briefs," which have no relevancy whatsoever to the instant action. The Court has issued several orders striking Mr. Christenson's filings and has expressly warned Mr. Christenson that he may be subject to an anti-filing injunction. *See* D.E. 52; D.E. 66; D.E. 77; D.E. 96. But Mr. Christenson continues to clog the docket with irrelevant, redundant, and immaterial filings. The Court has tolerated Mr. Christenson's actions long enough. The docket is the record of official proceedings in this case and must be maintained in an orderly fashion for the benefit of the parties and the public. Accordingly, it is hereby

ORDERED AND ADJUDGED that D.E. 97, D.E. 98, D.E. 99, D.E. 100, D.E. 101, D.E. 102, D.E. 103, D.E. 104, D.E. 105, D.E. 106, D.E. 107, D.E. 108, D.E. 109, D.E. 110, D.E. 111,

D.E. 112, D.E. 113, D.E. 114, D.E. 115, D.E. 116, D.E. 117, D.E. 118, D.E. 119, and D.E. 120 are STRICKEN. It is further

ORDERED AND ADJUDGED that the Clerk is directed not to docket any further submissions by Mr. Christenson in this case without prior Court approval.

DONE AND ORDERED in Chambers, Miami, Florida, this _9th_ day of September, 2020.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record

President Jimmy Carter
453 Freedom Parkway
Atlanta Ga. 30307

Senior Judge Paul C. Huck
Federal Courthouse
400 North Miami Avenue
Room 13-2
Miami, Florida 33128

Paul Huck Jr.
Jones Day Law Suite 3300
Brickell World Plaza
600 Brickell Avenue
Miami, Florida 33131

Justice Barbara Lagoa
Eleventh Circuit
99 N.E. 4th Street
Miami, Florida 33132

Justice Amy C. Barrett
7th Circuit
401 S. Michigan Street
South Bend, IN 46601

Jesse M. Barrett
SouthBank Legal
100 East Wayne Street
Suite 300
South Bend, Indiana 46601

Judge Ursula Ungaro
Federal Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

Clerk Angela E. Noble
Federal Court
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7716

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Lyle W. Cayce
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Please help me to get my Notice of Appeal and Appeal Docketed.

I just need a voice until Inauguration Day – Wednesday January 20th 2021.

If the Supreme Court had just ordered a response, we would have a different world and we just might have saved ourselves.

Maybe God gave us Trump for just this reason, to get my Appeal docketed.

The Supreme Court is not an option because Chief Justice John Roberts made a deal with the Devil.

The Chief Justice Position is too powerful and should rotate between the nine justices.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;



PENSACOLA FL 325
28 SEP 2020 PM 2 L

OCT 01 2020
U.S. MARSHALS SERVICE
Atlanta, Georgia

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 01 2020
ATLANTA, GA

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

30303-221856



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 303030

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 6, 2020

---

David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL  32550

**This notice is to acknowledge receipt of your document(s) on ____October 1, 2020____.**

**Your document(s) will be handled as described below:**

☐ This Court's records indicate that you have no open case pending in this Court. No action will be taken on your document(s).

☐ This Court is a federal court of limited jurisdiction. This Court has authority to act only on cases created under the statutes enacted by Congress. In general, only cases which have been first filed, and finally decided, in a United States District Court or Bankruptcy Court within this Circuit (Alabama, Florida, and Georgia), the United States Tax Court, and certain federal agencies may be appealed to this Court. This Court does not have authority to act in appeals from state and county courts. No action will be taken on your document(s).

☐ The Clerk's Office is unable to provide you with legal advice. No action will be taken on your document(s).

☐ The Clerk's Office is enclosing a copy of the form you requested and/or the Clerk's Office is enclosing a copy of this Court's pro se appellate handbook, which includes a variety of forms.

☐ You requested a specific form. The Court does not provide a form in this instance. No action will be taken on your document(s).

☐ With respect to your request, the Court's fee schedules are available on our website at www.ca11.uscourts.gov. You will be required to prepay the copying or other costs by sending a check payable to "Clerk – 11th Circuit Court of Appeals" in the amount of: $_____.

☐ You appear to seek copies of documents, but it is unclear what documents you seek. Please specify each document and the corresponding appeal number(s), if applicable. You will be required to prepay the copying costs.

☒ An appeal from a district court to a court of appeals may be taken only by filing a notice of appeal <u>with the district court</u> within the time allowed by FRAP 4. *See* FRAP 3. You mistakenly filed a notice of appeal with this Court. (Please note, that under 11th Cir. R. 22-1(a), this Court will construe a party's filing of an application for a certificate of appealability, or other document indicating an intent to appeal, as the filing of a notice of appeal.) Under FRAP 4(d), the notice of appeal will be transferred to the district court.

☐ An application for a writ of habeas corpus must be made to the appropriate district court. Under FRAP 22(a), the application will be transferred to the district court.

☐ Your document(s) appear(s) to have been intended for a different court. No action will be taken on your document(s).

☐ The Clerk's Office is unable to discern the purpose of your document(s) and/or your document(s) do(es) not appear to have been intended for this Court. Please provide clarification; otherwise, no action will be taken on your document(s).

☐ Your facility's library should have a copy of all rules provided by this Circuit. In addition, the Federal Rules of Appellate Procedure and the Eleventh Circuit Rules are available on our website at www.ca11.uscourts.gov.

☒ Other:
Your notice of appeal, received on October 1, 2020, is being forwarded to the U.S. District Court (SFL-Miami) for filing in case No. 20-cv-21108-UU, <u>Marta Reyes, et al. v. People's Republic of China, et al.</u>

Rev. 9/20   EKG