UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

CLASS ACTION

## STATUS REPORT PURSUANT TO COURT'S ORDERS

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days, [DE 10], and which was re-affirmed by the Court in its August 19, 2020 Order. [DE 92].

Since the last status report of September 25, 2020, undersigned remains in contact with the service vendor on any developments.  As of this filing, no response has been received from the Chinese Central Authority in Beijing on the status emails that were sent in September.  Plaintiffs filed their (unilateral) Joint Status Report and proposed scheduling order on October 2, 2020, which included a show cause section as to why additional time should be granted to serve Defendants. Plaintiffs await the status conference that has been reset for November 13, 2020.

Respectfully submitted this 12th day of October, 2020.

                                                By: */s Matthew T. Moore*
                                                Matthew T. Moore, Esq.

CASE NO. 1:20-cv-21108-UU

Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
         Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this October 12, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034