**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO

        Plaintiffs,

CLASS ACTION

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

## MOTION FOR LEAVE TO FILE CORRECTED DECLARATION

Plaintiffs hereby respectfully move the Court for an order granting leave to file a corrected Declaration of Maria J. Gutierrez, which was filed in support of Plaintiffs' showing of "good cause" for additional time to serve Defendants and incorporated into the Joint Scheduling Report filed October 2, 2020. [DE 124]. In support, Plaintiffs further state:

1. Plaintiffs have relied on the "Affidavit of Maria J. Gutierrez," president of Judicial Process and Support, dated August 11, 2020. It was filed as an Exhibit to Plaintiffs' October 2, 2020 Joint Scheduling Report. [DE 124-2].

2. Plaintiffs inadvertently labeled Ms. Gutierrez's Declaration as an "Affidavit" instead of as a declaration, and inadvertently omitted the required "under penalty of perjury" language set forth in the 28 U.S.C. 1746(2).

3. The attached Declaration (Exhibit 1) corrects those technical errors and clarifies that Ms. Gutierrez signed the original "affidavit" under the pains and penalties of perjury. The original statements remain unchanged.

4.      Plaintiffs seek to have Exhibit 1 (and its attachment) deemed the replacement of the prior filed exhibit, Docket Entry 124-2.

5.      Plaintiffs regret the error and any inconvenience caused to the Court, and posit that no prejudice will result from replacing the prior exhibit, as the Joint Status Report and proposed scheduling order are still pending, and there is no substantive change to the filing.

6.      A proposed Order is attached.

WHEREFORE Plaintiffs respectfully request entry of Order granting leave to file the attached clarified Declaration of Maria Gutierrez and have it deemed a replacement of Docket Entry 124-2, and for such further relief as the court may deem just and proper.

Respectfully submitted this 26th day of October, 2020.

By: /s Matthew T. Moore
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

CASE NO. 1:20-cv-21108-UU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this October 26, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: _/s Matthew T. Moore_
Matthew T. Moore, Esq.
Fla. Bar No. 70034