# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTA REYES, et al.

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO
Miami Division
CLASS ACTION

Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, et al.;

Defendants.
_____/

## DECLARATION OF MARIA J. GUTIERREZ

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. On August 11, 2020, I executed my "Affidavit in Support of Motion for Extension of Time," which I know has been submitted to the Court in support of the Plaintiffs' efforts to demonstrate their diligence in attempting service on the China - based Defendants in the above-captioned case. That Affidavit is attached hereto as "Exhibit A," and incorporated herein.

3. I make this Declaration to clarify that my "Affidavit" (Exhibit A) was made as a declaration pursuant to 28 U.S.C. § 1746, under penalty of perjury.

4. I declare under penalty of perjury that the foregoing is true and correct.

_____
Maria J. Gutierrez, President of Judicial Process and Support, Inc.

Date: 10-12-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARTA REYES, et al.

CASE NO. 1:20-cv-21108-UU
HON. URSULA UNGARO
Miami Division
CLASS ACTION

Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, et al.;

Defendants.
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. Matthew T. Moore, Esq. of Berman Law Group retained our services to serve legal documents upon:

- PEOPLE'S REPUBLIC OF CHINA, THE STATE COUNCIL OF THE PRC, ATTN: LI KEQIANG
- COMMUNIST PARTY OF CHINA, THE CENTRAL COMMITTEE OF THE COMMUNIST PARTY OF CHINA, ATTN.: XI JINPING

**EXHIBIT A**

- NATIONAL HEALTH COMMISSION OF THE PEOPLE'S REPUBLIC OF CHINA, ATTN.: MA XIAOWEI
- WUHAN HEALTH COMMISSION, ATTN.: ZHANG HONGXING
- HUBEI HEALTH COMMISSION, ATTN.: WANG HESHENG
- THE PEOPLE'S GOVERNMENT OF CITY OF WUHAN, CHINA, ATTN.: ZHOU XIANWANG
- THE PEOPLE'S GOVERNMENT OF HUBEI PROVINCE, ATTN.: WANG XIAODONGWUHAN INSTITUTE OF VIROLOGY, CHINESE ACADEMY OF SCIENCES, ATTN.: YANYI WANG

4. We prepared the necessary documents and paid the required fees on behalf of Mr. Moore's firm, and prepared the service package to send to China via Federal Express.

5. China has designated one Hague Convention compliance office for the entire country. It is located in Beijing. It is usually staffed by only one person.

6. The office remained closed during much of the height of the pandemic during the spring, and then opened only for limited hours starting in late June.

7. In our experience, if a service package is sent to the office when it is closed, it is often deemed lost or destroyed.

8. Therefore, we had to monitor the opening hours, and then coordinate the delivery of the service package for this case to ensure it was received during opening hours. That was finally accomplished on July 14, 2020.

9. Because the Beijing office was closed during the pandemic, there is a backlog of court papers from around the world that the office is processing.

10. Under the best of circumstances, in our experience China is slow to respond to service requests, and they often can take more than six months. Sometimes, there is a quicker response depending on the circumstances, and once the paperwork for this case is logged in their system, we will be able to monitor progress.

11. This affidavit is prepared and executed in anticipation that the attorney of record will need an extension of time.

FURTHER AFFIANT SAYETH NAUGHT

_____
Maria J. Gutierrez, President of Judicial Process and Support, Inc.

Date: 8-11-20