**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; *et al.*, on behalf of themselves and all those similarly situated, | CASE NO. 1:20-cv-21108-UU<br>HON. URSULA UNGARO |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PEOPLE'S REPUBLIC OF CHINA; COMMUNIST PARTY OF CHINA; *et al.*, | |
| Defendants. _____/ | |

## **STATUS REPORT PURSUANT TO COURT'S ORDERS**

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days, [DE 10], and which was re-affirmed by the Court in its August 19, 2020 Order. [DE 92].

Since the last status report of October 12, 2020, undersigned continues to request updates from the service vendor on any developments. As of this filing, there is no update. Concurrent with this filing, Plaintiffs are moving to correct the Declaration of Maria Gutierrez, filed in support of their showing of "good cause" for more time to serve the Chinese Defendants, in the Joint Scheduling Report. [DE 124]. The prior Declaration inadvertently used the word "Affidavit" and further inadvertently omitted the required "under penalty of perjury" statement from 28 U.S.C. § 1746(2), and the new Declaration corrects those errors.

Plaintiffs will file their next status report on November 12, 2020 (due to the Veteran's Day holiday on November 11th) and await the status conference that has been reset for November 13, 2020.

Respectfully submitted this 27th day of October, 2020.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
Primary: service@thebermanlawgroup.com
Secondary: vduffy@thebermanlawgroup.com

**THE LAW OFFICES OF**
**BERMAN & BERMAN, P.A.**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
        Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this October 27, 2020, with the Court's CM/ECF filing system, which shall cause an email notice to be sent to all parties of record in this matter.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034