## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-21108-UU

MARTA REYES, *et al.*,

    Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA, *et al.*,

    Defendants.

_____/

### ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record. It is hereby

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference is RESET to **Friday, December 18, 2020, at 9:30 a.m.**

DONE AND ORDERED in Chambers, Miami, Florida, this _6th_ day of November, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record