UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.,*
on behalf of themselves
and all those similarly situated,

CASE NO. 1:20-cv-21108-AMC
HON. AILEEN M. CANNON

         Plaintiffs,

CLASS ACTION

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.,*

Defendants.
_____/

## STATUS REPORT PURSUANT TO COURT'S ORDERS

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days, [DE 10], and which was re-affirmed by the Court in its August 19, 2020 Order. [DE 92].

Since the last status report of November 12, 2020, Plaintiffs' service vendor has formally requested service status updates for each Defendant from the Beijing Central Authority for international judicial service of process. As of this filing, there has been no response. Pursuant to the Foreign Sovereign Immunities Act and the Hague Convention, if there continues to be no response from Beijing, Plaintiffs may seek intervention from the U.S. State Department, and/or consider other procedural options once six months have passed since the service documents were transmitted to Beijing on July 13, 2020.

Pursuant to the Order of Reassignment entered November 23, 2020, cancelling any pending hearings, Plaintiffs have assumed that the December 18, 2020 status conference has

<u>been cancelled</u>.  Plaintiffs respectfully request clarification if that is incorrect.

Plaintiffs will file their next status report on December 14, 2020.

Respectfully submitted this 27th day of November, 2020.

> By: */s Matthew T. Moore*
> Matthew T. Moore, Esq.
> Fla. Bar No. 70034
> Primary: mmoore@thebermanlawgroup.com
> Secondary: service@thebermanlawgroup.com
>
> Vincent J. Duffy, Esq.
> Fla. Bar No. 82151
> Primary: vduffy@thebermanlawgroup.com
> Secondary: service@thebermanlawgroup.com
>
> **BERMAN LAW GROUP**
> P.O. Box 272789
> Boca Raton, FL 33427
> Telephone:  (561) 826-5200
> Fax: (561) 826-5201

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this November 27, 2020, with the Court's CM/ECF filing system, which shall cause an e-mail notice to be sent to all parties of record in this matter.

> By: */s  Matthew T. Moore*
> Matthew T. Moore, Esq.
> Fla. Bar No. 70034