UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.*,
on behalf of themselves
and all those similarly situated,

                        Plaintiffs,

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.*,

Defendants.
_____/

CASE NO. 1:20-cv-21108-AMC
HON. AILEEN M. CANNON

CLASS ACTION

## **STATUS REPORT PURSUANT TO COURT'S ORDERS**

Plaintiffs, by and through undersigned counsel, hereby provide the Court with a Status Report pursuant to the Court's April 23, 2020 Order, which requires Plaintiffs to file a status report every fifteen days, [DE 10], and which was re-affirmed by the Court in its August 19, 2020 Order. [DE 92].

Since Plaintiffs' last status report, undersigned has received the hard copies of the returns of non-service based on China's refusal to serve on sovereign immunity and security grounds. Moreover, as of January 14, 2021, six months have passed since the documents were transmitted to China's central authority for judicial service, which further allows Plaintiffs to seek judgment upon the Court's review and approval.

Plaintiffs are diligently working on a motion for leave to modify their October 2, 2020 proposed scheduling order, [DE 124-1], to reflect China's refusal to appear (which was contemplated by Plaintiffs' as a possibility). Plaintiffs anticipate filing the motion before the next status report is due on February 12, 2021.

CASE NO. 1:20-cv-21108-AMC

Respectfully submitted this 28 day of January, 2021.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

**BERMAN LAW GROUP**
P.O. Box 272789
Boca Raton, FL 33427
Telephone:  (561) 826-5200
Fax: (561) 826-5201

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed this January , 2021, with the Court's CM/ECF filing system, which shall cause an e-mail notice to be sent to all parties of record in this matter.

By: */s  Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034