**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

| | |
|---|---|
| MARTA REYES; LAWRENCE WOOD; *et al.*, on behalf of themselves and all those similarly situated, | CASE NO. 1:20-cv-21108-AMC HON. AILEEN M. CANNON |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PEOPLE'S REPUBLIC OF CHINA; COMMUNIST PARTY OF CHINA; *et al.*, | |
| Defendants. _____/ | |

### ORDER ON SUBSTITUTION OF COUNSEL WITHIN FIRM

**THIS CAUSE** came before the Court on Plaintiffs' Motion for Substitution of Counsel, Within Firm. [DE 145]. The Court having considered the motion and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion is granted. Joseph F. Stallone, Esq. is substituted as counsel for Plaintiffs in place of Vincent J. Duffy, Esq.

FURTHER ORDERED AND ADJUDGED that Joseph F. Stallone is entered as a counsel of record in the matter, and that that all notices, documents, pleadings, and correspondence be directed to him via the CM/ECF system to jstallone@thebermanlawgroup.com (primary) and service@thebermanlawgroup.com (secondary).

FURTHER ORDERED AND ADJUDGED that the Clerk terminate Vincent J. Duffy, Esq. as counsel in the above captioned matter.

**DONE AND ORDERED** in Miami, Florida, this 16 day of February, 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: All counsel of record