UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21108-CIV-CANNON

**MARTA REYES**; **LAWRENCE WOOD**; *et al.*,
on behalf of themselves
and all those similarly situated,

    Plaintiffs,
v.

**PEOPLE'S REPUBLIC OF CHINA**;
**COMMUNIST PARTY OF CHINA**; *et al.*,

    Defendants.
_____/

### ORDER

**THIS MATTER** came before the Court at a Status Conference held on February 18, 2021. For the reasons stated in open court, and to better manage the orderly progress of this case, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Putative Class Member's Motion to File an Amicus Curiae Brief [ECF No. 82] is **DENIED**.

2. Plaintiffs' Motion for Leave to File a Corrected Declaration of Maria J. Gutierrez [ECF No. 130] is **GRANTED**. On or before February 26, 2021, Plaintiffs shall file the corrected Declaration [130-1] as a separate docket entry.

3. Plaintiffs' Motion to Amend the Scheduling Report and for Relief from the Order Requiring Status Reports on Service [ECF No. 144] is **GRANTED** in part as clarified below:

CASE NO. 20-21108-CIV-CANNON

    a. On or before **April 15, 2021**, Plaintiffs shall file a brief addressing (1) whether Defendants have been properly served under the Hague Convention, particularly in light of Defendants' invocation of Article 13 of the Convention and its submission of ECF No. 141-1; and (2) whether this Court has subject matter jurisdiction over this matter under the Foreign Sovereign Immunities Act of 1976. The brief shall not exceed 30 pages and must be double-spaced, fully justified, and use Times New Roman 12-point font.

    b. The Court hereby suspends until further notice Plaintiffs' obligation to provide status reports every fifteen days regarding the status of service of process [ECF Nos. 10 and 92].

4. Plaintiffs may file a Second Amended Complaint on or before May 3, 2021.

**DONE AND ORDERED** in Fort Pierce, Florida this 19th day of February 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record