## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

MARTA REYES; LAWRENCE WOOD; *et al.,*
on behalf of themselves
and all those similarly situated,

CASE NO. 1:20-cv-21108-AMC
HON. AILEEN M. CANNON

                              Plaintiffs,            CLASS ACTION

v.

PEOPLE'S REPUBLIC OF CHINA;
COMMUNIST PARTY OF CHINA; *et al.,*

Defendants.
_____/

## NOTICE OF PENDENCY & SUPPLEMENTAL AUTHORITY

Plaintiffs hereby respectfully notice the Court that Plaintiffs' Motion for leave to continue service of process pursuant to the FSIA, D.E. 152, filed on April 15, 2021, including the supplemental briefing requested by the Court, D.E. 157, after hearing on June 3, 2021, and filed June 11, 2021, is still pending resolution by the Court.  Plaintiffs believe that the matter is fully briefed and ripe for determination but stand ready to provide additional information to the Court if requested.

Of further note, since the above briefing was completed, Judge Altman, under substantially similar facts and circumstances to those here (but in a complaint focused on Personal Protective Equipment hoarding by China leading up to the COVID-19 pandemic), adopted the Report and Recommendations of Magistrate Judge Bruce E. Reinhardt, allowing the plaintiffs in  that case to continue service of the China-based Defendants through the State Department without intervention of the Clerk of Court.  (*See* Case No. 9:20-cv-80604-RKA, D.E. 64, December 20, 2021).  The continued service efforts for that case are currently under

CASE NO. 1:20-cv-21108-AMC

way.

Plaintiffs have moved to do the same in this matter but need leave of this Court to do so.

Respectfully submitted this 26th day of May, 2022.

By: */s Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
Primary: mmoore@thebermanlawgroup.com
Secondary: service@thebermanlawgroup.com

Joseph F. Stallone, Esq.
Fla. Bar No. 1002843
Primary: jstallone@thebermanlawgroup.com
Secondary:  service@thebermanlawgroup.com

**BERMAN LAW GROUP**
P.O. Box 272789
Boca Raton, FL 33427
Telephone: (561) 826-5200
Fax: (561) 826-5201

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this May 26, 2022, with the Court's CM/ECF filing system, which shall cause an e-mail notice to be sent to all parties of record in this matter.

By: */s  Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034