UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21108-CIV-CANNON

**MARTA REYES**, **LAWRENCE WOOD**, *et al.*,
on behalf of themselves and all those similarly situated,

    Plaintiffs,

v.

**PEOPLE'S REPUBLIC OF CHINA**,
**COMMUNIST PARTY OF CHINA**, *et al.*,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO CONTINUE SERVICE OF PROCESS PURSUANT TO THE FSIA**

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Leave to Continue Service of Process Pursuant to the FSIA (the "Motion") [ECF No. 152]. In the Motion, Plaintiffs seek permission to effect service on the international Defendants via the U.S. Department of State ("State Department") by diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) [ECF No. 152 p. 11]. The Court has reviewed the Motion and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion [ECF No. 152] is **GRANTED**.

2. The Plaintiffs are **PERMITTED** to contact the U.S. Department of State directly to effectuate service on the international Defendants.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Upon service of the international Defendants, any party may request the Court to reopen the case.

CASE NO. 20-21108-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of June 2022.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record